**No. 09-11184. Vahkob Valiyevich Abdullayev, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 866, 131 S. Ct. 154, 178 L. Ed. 2d 92, 2010 U.S. LEXIS 6513.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 363 Fed. Appx. 232.